## COLLINS v. STATE.
### No. 25743.

Court of Criminal Appeals of Texas.
March 12, 1952.

No attorney, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is the unlawful sale of intoxicating liquor in a dry area; the punishment, a fine of $200 and 30 days in jail.

The record is before us without a statement of facts or bills of exception.

The complaint and information appear regular on their face; and nothing being presented for review, the judgment of the trial court is affirmed.